IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

WESTERN DIVISION

FILED
00 SEP -8 PM 3:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 00-H-1891-W |
| CHARLES DAVID QUARLES SSN 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, | ) ) ) | |

**ENTERED**

SEP - 8 2000

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on August 2, 2000; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Judgment was entered on April 28, 1992, in favor of plaintiff and against defendant in the U.S. Bankruptcy Court for the Northern District of Alabama for a total amount of $204,950.28. Defendant was to repay to plaintiff the sum of $80,000.00 and was to repay the remaining part of the debt through service under a Private Practice Option Agreement at the Hill Hospital of York in Sumter County, Alabama. Since the entry of this judgment, defendant has completed his service obligation, but he has failed to repay the $80,000.00 owed to plaintiff in



accordance with the terms of the judgment order. Plaintiff has received 2 payments from defendant totaling $1,000.00.

4. Said judgment entered by the U.S. Bankruptcy Court for the Northern District of Alabama on April 28, 1992, is due to be affirmed and entered for enforcement purposes in the United States District Court for the Northern District of Alabama. A judgment will enter accordingly.

Done this the 8th day of September, 2000.

_____
SENIOR UNITED STATES DISTRICT JUDGE